```
 1  BRETT B. CURLEE (SBN 151058)
    LAW OFFICES OF BRETT CURLEE
 2  11377 West Olympic Boulevard, Suite 200
    Los Angeles, CA 90064
 3  Telephone (310)203-3084
 4  Facsimile: (310) 203-3071
    Email: Brett.Curlee@TheCurleeLawFirm.com
 5
 6  Attorney for the Plaintiff and Chapter 7
    Trustee, WESLEY H. AVERY
```

**FILED & ENTERED**

**JUN 09 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY kaaumoan DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re VIVIAN MARIE SHAW,<br><br>              Debtor.<br>_____<br>WESLEY H. AVERY, as Chapter 7 Trustee for the Bankruptcy Estate of Viviane Marie Shaw,<br><br>              Plaintiff,<br><br>v.<br><br>CLYDE LUCIEN SHAW, an individual,<br><br>              Defendant. | Bankr. Case No. 2:14-bk-31148-BB<br><br>Chapter 7<br><br>Adv. Case No. 2:15-ap-01165-BB<br><br>ORDER SETTING ASIDE DEFAULT AND SCHEDULING ORDER IN ADVERSARY ACTION AFTER STATUS CONFERENCE HELD 6/2/2015<br><br>Status Conference Hearing Date:<br>Date: June 2, 2015<br>Time: 2:00 p.m.<br>Courtroom: 1475<br>United States Bankruptcy Court<br>Edward R. Roybal Federal Building<br>255 East Temple Street<br>Los Angeles, CA 90012-3300 |

The status conference in the above-referenced adversary action was held on June 2, 2015 at 2:00 p.m. before the above-referenced bankruptcy court, the Honorable Sheri Bluebond, Bankruptcy Judge, presiding.

The Plaintiff, Wesley H. Avery ("Trustee"), as Chapter 7 Trustee for the Bankruptcy Estate of Vivian Marie Shaw, appeared through his attorneys of record, the Law Offices of Brett

-1-

Curlee, through attorney, Brett B. Curlee. Defendant, Clyde Lucien Shaw ("Defendant") appeared. No other appearances were made or stated for the record.

The Court, having reviewed the unilateral status report filed by the Trustee and having heard the Defendant's request to be allowed additional time to employ counsel to represent him and to file an answer in this adversary action, and having heard the oral argument of counsel at the time of the status conference,

IT IS HEREBY ORDERED THAT:

1. The default entered against the Defendant on May 25, 2015 is hereby vacated;

2. The Defendant shall file and serve a responsive pleading to the Trustee's complaint not later than **June 30, 2015**;

3. The status conference is continued to **July 21, 2015 at 2:00 p.m**.; and,

4. The Trustee and the Defendant shall file a joint status report by **July 7, 2015**.

###

Date: June 9, 2015

Sheri Bluebond
United States Bankruptcy Judge